UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRESTON RIDSDALE,

Plaintiff,

v.

DENNIS BENSON, ET AL.,

Defendants.

Civil No. 00-2780 (JMR/FLN)

**ORDER**

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's Motion For Continuance To File Amended Pleadings [#16]. Plaintiff, prisoner at the Minnesota Correctional Facility in Stillwater, Minnesota, has filed a complaint[1] alleging violations of his civil rights under 42 U.S.C. § 1983. Specifically, Plaintiff claims that Defendants are violating his federal constitutional right of access to the courts by limiting the volume of "legal papers" he can keep in his possession. For the reasons which follow, this Court will deny Plaintiff's motion.

## I. PROCEDURAL BACKGROUND

On December 28, 2000, Plaintiff filed an "Emergency Motion By Plaintiff For Declaratory Judgment and Injunctive Relief Against the Defendants." (See Docket #1.) Plaintiff never filed the form complaint prescribed by Local Rule 9.3; however, in keeping with the Court's longstanding practice of construing *pro se* pleadings liberally, the Court Clerk construed Plaintiff's initial filing

[1] Plaintiff's Complaint (Docket # 1) bears the misleading caption "Emergency Motion By Plaintiff For Declaratory Judgment and Injunctive Relief Against the Defendants." Because the third paragraph of the so-called "Emergency Motion" begins with the phrase "[t]he Plaintiff, for his complaint against the Defendants alleges the following . . . ," the Court Clerk properly construed the document to be the Plaintiff's Complaint.

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

as a complaint or pleading for it to serve as the basis of a new civil action.[2] See Jones v. Jerrison, 20 F.3d 849, 853 (8th Cir.1994). The Defendants filed a Joint Answer on April 13, 2001. (See Docket # 15.) Plaintiff then filed his Motion for Continuance to File Amended Pleadings on April 17, 2001. (See Docket # 16.)

## II. DISCUSSION

### I. Plaintiff's Motion for Continuance

Plaintiff's Motion seeks a sixty day continuance to amend his pleadings to: (1) "maintain declaratory judgement"; (2) add two additional defendants; and (3) "fully research all the case-law needed for pleading amendments." (See Docket # 16.) Local Rule 6.1 provides that a motion for "the continuance of a case will be granted only for good cause shown." As per this Court's Pretrial Schedule, all non-dispositive motions, e.g., motions to amend the complaint, must be filed and served no later than November 1, 2001. (See Docket # 17.) Accordingly, Plaintiff has failed to demonstrate good cause warranting a continuance of the case because he has ample time to "repair his pleadings" and conduct all the legal research necessary to support a motion to amend the pleadings.

## III. CONCLUSION

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Continuance To File Amended Pleadings [#16] is **DENIED**.[3]

---

[2] Plaintiff may still bring motions for declaratory judgment, injunctive relief and discovery, as long as he complies with the Federal Rules of Civil Procedure and the Local Rules.

[3] The box of legal materials Plaintiff sent to the Court with his Complaint will remain in the custody of the Court Clerk until such time as the Court issues a ruling on the legal sufficiency of

DATED: July 10, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

---

Plaintiff's claims.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500