UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Preston Ridsdale, No. 103437,

Plaintiff,

vs.

Dennis Benson, Eric Skon, David Crist, Chris Olson, et al.,

Defendants.

Civil File No. 00-2780 (JMR/FLN)

**ORDER**

Based upon all the files, records, and pleadings herein,

IT IS HEREBY ORDERED that:

Defendants' Motion for Extension of this Court's December Scheduling Order is **GRANTED**. The dispositive motions are due April 1, 2002.

Dated: February 14, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FEB 15 2002