UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Preston Ridsdale,

Plaintiff,

v.

Dennis Benson, Eric Skon,
David Crist, Chris Olson, et al.,

Defendants.

Civil 00-2780 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 19, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss this action as moot [#48] is GRANTED, and defendants' motion to dismiss or in the alternative for summary judgment is DENIED as moot [#34];

2. Plaintiff's motion for discovery [#26]; motion to request hearing to remove Magistrate Judge for actual prejudice or bias [#32]; request for continuance to delay summary judgment [#33]; and Plaintiff's dispository motion [#38] is DENIED as moot;

3. Plaintiff's legal materials held by the Clerk's Office [#4] is returned to Plaintiff's last known address.

FILED
RICHARD D. SLETTEN, CLERK
AUG 29 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

DATED: August 29th, 2002.

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court